**UNITED STATES DISTRICT COURT**

**DISTRICT OF MINNESOTA**

---

SHAWN GEORGE M. BAKER,

Plaintiff,

v.

STAR TRIBUNE COMPANY, et al.

Defendants.

Civil No. 01-1248 (JRT/FLN)

**ORDER OF REFERENCE**

---

Lawrence H. Crosby, CROSBY & ASSOC., 2233 Hamline Avenue N. Suite 630, St. Paul, MN 55113, for plaintiff.

Jacqueline R. Rolfs, FAEGRE & BENSON, 2200 Norwest Center, 90 South Seventh Street, Minneapolis, MN 55402-3901, for defendant.

Pursuant to the provisions of Title 28, United States Code, Section 636(b)(1)(B), **IT IS HEREBY ORDERED** that defendant Star Tribune's motion to dismiss or for summary judgment [Docket No. 12], defendant Start Tribune's motion to dismiss amended complaint or for summary judgment [Docket No. 20] is referred to the Honorable Franklin L. Noel, Chief United States Magistrate Judge, who will submit to the undersigned proposed findings of fact and a recommendation for the disposition of the motions upon completion of a hearing. Counsel for defendant is directed to contact Cathy Orlando, calendar clerk for Magistrate Judge Noel, to schedule a hearing on the motions.

DATED: Nov 5, 2001
at Minneapolis, Minnesota.

John R. Tunheim

JOHN R. TUNHEIM
United States District Judge

FILED NOV 0 6 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK