UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn George M Baker,

Plaintiff,

v.

Star Tribune Company, et al.,

Defendants.

Civil No. 01-1248 JRT/FLN

**ORDER**

---

Lawrence H. Crosby, Crosby & Associates, for Plaintiff.
Jacqueline R. Rolfs and Adam J. Kirsch, Faegre & Benson, for Defendant Star Tribune.

---

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on December 14, 2001, on Defendant Star Tribune Company 's Motion: (1) to Dismiss, or in the Alternative, for Summary Judgment [#12]; and (2) Dismiss Amended Complaint, or in the Alternative, for Summary Judgment [#20]. During the hearing, Plaintiff brought an Oral Motion to Stay Discovery and Disclosure of Expert Witnesses pending the resolution of the Defendant's Motions.

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Star Tribune Company's Motion; (1) to Dismiss, or in the Alternative for Summary Judgment [#12]; and (2) to Dismiss Amended Complaint, or in the Alternative for Summary Judgment [#20] are **TAKEN UNDER ADVISEMENT**.

2. Plaintiff's Oral Motion to Stay Discovery and Disclosure of Expert Witnesses Pending Resolve in the Present Motions be **GRANTED**.

3. A new Scheduling Conference will be noticed following the issuance of the Report and Recommendation resolving Defendant's present Motions.

DEC 21 2001
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DATED: 12/20, 2001.

FRANKLIN L. NOEL
Chief Magistrate Judge