UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Shawn George M. Baker, Civil 01-1248 JRT/FLN

Plaintiff,

v. ORDER

Star Tribune Company, et al.,

Defendants.

---

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated March 4, 2002, all the files and records, and no objections having been filed to said Report and Recommendation,

IT IS HEREBY ORDERED that Defendant Star Tribune Company's Motion to Dismiss or, in the Alternative, for Summary Judgment [#12 & #20] is GRANTED.

DATED: 3/30, 2002.

JUDGE JOHN R. TUNHEIM
United States District Court

FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK