ORIGINAL

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

SHAWN GEORGE M. BAKER,

Plaintiff,

vs.

STAR TRIBUNE COMPANY, a Delaware Corporation, and OSAMA S. ABO, and JOHN DOE, an unknown individual, and ABC Company, an unknown legal entity,

Defendants.

Civil No. 01-1248 JRT/FLN

**ORDER**

This matter came before the Honorable John R. Tunheim of the United States District Court on Defendant Star Tribune's motion pursuant to Federal Rule of Civil Procedure 54(b) for an order that there is no just reason for delay and an express direction for the entry of judgment as to Plaintiff's claims against Star Tribune.

Upon all of the files, records, and proceedings in this matter,

IT IS HEREBY ORDERED that, there being no just reason for delay, Defendant Star Tribune's motion pursuant to Federal Rule of Civil Procedure 54(b) is granted, and the clerk is directed to enter judgment in favor of Star Tribune on all claims against it.

Dated: July 11, 2002

The Honorable John R. Tunheim
United States District Court Judge

M1:865634.01

FILED JUL 11 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK